UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-CR 41 T24 AEP

SHANAKIA BENTON

18 U.S.C. § 641
18 U.S.C. § 1028A
42 U.S.C. §§ 1320d-6(a)(2) and (b)(3)
18 U.S.C. § 1343
18 U.S.C. § 982 (forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Theft of Government Property
### (18 U.S.C. § 641)

1. On or around July 25, 2012, in Hillsborough County, Florida, in the Middle District of Florida and elsewhere,

SHANAKIA BENTON,

defendant herein, did knowingly and willfully steal, embezzle, purloin and convert to her own use and the use of another, more than $1,000 in United States currency with the intent to deprive the owner of the use and benefit of the property so taken, said funds the property of the Internal Revenue Service, and the United States of America.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWO
### Theft of Government Property
### (18 U.S.C. § 641)

2. On or around February 15, 2012, in Hillsborough County, Florida, in the Middle District of Florida and elsewhere,

SHANAKIA BENTON,

defendant herein, did knowingly and willfully steal, embezzle, purloin and convert to her own use and the use of another, more than $1,000 in United States currency with the intent to deprive the owner of the use and benefit of the property so taken, said funds the property of the Internal Revenue Service, and the United States of America.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THREE
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

3. On or about July 25, 2012, in Hillsborough County, Florida, in the Middle District of Florida and elsewhere,

SHANAKIA BENTON,

defendant herein, did knowingly transfer, possess and use, without lawful authority, a means of identification, specifically, the Social Security number and date of birth for the victim, referred to by the initials D.V., during and in relation to a felony violation relating to theft of government property, in violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Sections 1028A(a) and 2.

## COUNT FOUR
### Wrongful Disclosure of Individually Identifiable Health Information
### (42 U.S.C. §§ 1320d-6(a)(2)( and (b)(3))

4.  From in and around June 2011 and continuing through in and around December 2012, in Hillsborough County, in the Middle District of Florida and elsewhere,

SHANAKIA BENTON,

defendant herein, who was then an employee of a covered entity, did knowingly and in violation of 42 U.S.C. §1320d et seq., obtain individually identifiable health information relating to an individual, with the intent to sell, transfer, and use individually identifiable health information for personal gain.

All in violation of Title 42, United States Code, Section 1320d-6(a)(2) and (b)(3).

## COUNTS FIVE THROUGH SIX
### Wire Fraud
### (18 U.S.C. § 1343)

5.  The Grand Jury hereby realleges Paragraphs 1 through 4 of this Indictment and incorporates such paragraphs by this reference as though fully set forth herein.

### The Scheme

6.  Beginning in or about June 2011, and continuing thereafter, through and including at least December 2012, in Hillsborough County, Florida, in the Middle District of Florida and elsewhere,

SHANAKIA BENTON,

defendant herein, with others both known and unknown, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud, and for the purpose of obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and did transmit and cause to be transmitted, and aid and abet the transmission, by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing said scheme and artifice to defraud.

### Manner and Means of Scheme

The manner and means by which Defendant SHANAKIA BENTON sought to accomplish the purpose of the scheme and artifice included, among others, the following:

7. SHANAKIA BENTON fraudulently obtained and caused to be obtained the names, dates of birth, and Social Security Numbers of individuals;

8. SHANAKIA BENTON electronically filed and caused to be filed false and fraudulent tax returns with the IRS seeking refunds using the stolen names, dates of birth, and Social Security Numbers of individuals;

9. SHANAKIA BENTON caused refunds to be issued based upon the false and fraudulent tax returns and transferred to bank accounts; and

10. SHANAKIA BENTON caused the mailing and electronic transmission of said fraudulently obtained refunds.

## Execution of the Scheme

11.   On or about the dates set forth below, in Hillsborough County, Florida, in the Middle District of Florida and elsewhere, and for the purpose of executing the aforesaid scheme and artifice to defendant SHANAKIA BENTON did cause to be transmitted by means of wire communication in interstate commerce the following:

| Count | On or about date | Description |
|---|---|---|
| Five | 2/15/2012 | The deposit into SHANAKIA BENTON's account at Bank of America, in Hillsborough County, Florida, of a refund resulting from a fraudulently filed tax return in the name of P.M. in the approximate amount of $9,907, thereby causing data to travel by wire communications from a server in California. |
| Six | 7/25/2012 | The deposit into SHANAKIA BENTON's account at Bank of America, in Hillsborough County, Florida, of a refund resulting from a fraudulently filed tax return in the name of D.V. in the approximate amount of $8,082, thereby causing data to travel by wire communications from an IRS server in California. |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE

1.   The allegations contained in Count s One through Six of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of a violation alleged in Counts One, Two, Five and Six of this Indictment, the defendant shall forfeit to the United States of America,

pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. The property to be forfeited includes, but is not limited to, the following: a money judgment to be determined at or before sentencing.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Timothy Loper
Trial Attorney

By: _____
Robert A. Mosakowski
Assistant United States Attorney
Chief, Economic Crimes Section

7

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHANAKIA BENTON

## INDICTMENT

Violations:
18 U.S.C. § 641
18 U.S.C. § 1028A
42 U.S.C. §§ 1320d-6(a)(2) and (b)(3)
18 U.S.C. § 1343

A true bill,

_____
Foreperson

Filed in open court this _____ day, of February, 2016.

_____
Clerk

Bail  $ _____

GPO 863 525